IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 18-10108-STA |
| RANDALL NEILSEN, | * | |
| Defendant. | * | |

## ORDER AND NOTICE OF SETTING

IT APPEARING TO THIS COURT THAT upon the filed motion of the Defendant, there being no objection filed by the Assistant United States Attorney, and for good cause shown, that this motion is well taken and is therefore, GRANTED.

The change of plea hearing in this matter shall be set for: **March 8, 2019 at 10:00am.**

IT IS SO ORDERED, this the 22nd day of February, 2019

                                                    <u>s/S. Thomas Anderson</u>
                                                    HONORABLE S. THOMAS ANDERSON
                                                    CHIEF UNITED STATES DISTRICT JUDGE