# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:18-cr-10108-STA |
| RANDALL NEILSEN, | ) |
| Defendant. | ) |

## ORDER RESETTING CHANGE OF PLEA HEARING
## AND NOTICE OF RESETTING

The Change of Plea in this matter is currently set for March 8, 2019 before Chief Judge S. Thomas Anderson. The Change of Plea in the above styled matter is hereby reset to **Monday, March 11, 2019, at 9:30 a.m.** before Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

Enter this the 5th day of March, 2019.

s/ S. Thomas Anderson
Chief United States District Judge