**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-10108-STA |
| RANDALL NEILSEN, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

---

This cause came to be heard on March 11, 2019, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, Randall Neilsen, appearing in person, and with counsel, LaRonda Martin.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 and Count 2 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JUNE 18, 2019 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 11th day of March, 2019.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT