# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cr. No. 1:18-CR-10108-STA |
| | ) | |
| RANDALL NEILSEN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO CONTINUE SENTENCING AND NOTICE OF RESETTING

The government has moved for a continuance of the Sentencing Hearing currently scheduled for June 18, 2019.

Wherefore, for good cause shown, to wit: the reasons presented in the motion, the defendant's sentencing hearing is rescheduled to Tuesday, July 9, 2019 at 10:00am.

IT IS SO ORDERED this 7th day of June, 2019.

s/ *S. Thomas Anderson*
S. THOMAS ANDERSON
CHIEF U.S. DISTRICT JUDGE