# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 18-CR-10108-STA |
| v. | ) | |
| RANDALL NEILSEN | ) | |
| Defendant, | ) | |

## ORDER GRANTING MOTION TO CONTINUE SENTENCING AND NOTICE OF RESETTING

The government has moved for a continuance of the sentencing hearing currently scheduled for July 9th.

Wherefore, for good cause shown, to wit: the reasons presented in the motion, the defendant's sentencing hearing is rescheduled to **Tuesday, August 6, 2019 at 11:00 a.m.**

IT IS SO ORDERED this 8th day of July, 2019.

                <u>s/S. Thomas Anderson</u>
                S. THOMAS ANDERSON
                  CHIEF UNITED STATES DISTRICT JUDGE